DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and BRAD HAWKINS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH JOBANPUTRA, et al. | Case No.: 2:24-cv-01428- JAM-SCR |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEFENDANTS' RESPONSE TO COMPLAINT** |
| vs. | |
| CITY OF ANDERSON, et al. | |
| Defendants. | |

Pursuant to L.R. 144(a), Plaintiff and Defendants CITY OF ANDERSON, BRAD HAWKINS, ANDERSON FIRE PROTECTION DISTRICT, and STEVEN ALLRED (the "Defendants") hereby stipulate to an additional extension of time for Defendants to file a timely response to Plaintiff's Complaint by one additional week from September 13, 2024 to **September 20, 2024** for all Defendants, and respectfully request that the Court grant this request.

The reason for the request is that the parties began to meet and confer regarding a planned motion to dismiss and the possibility of an amended complaint, but have not completed discussions. Plaintiff and Defendants previously stipulated to extend the time for Defendants to file a timely response to Plaintiff's Complaint to September 13, 2024 in order to complete meet and confer efforts (ECF No. 9); however, due to scheduling conflicts and Plaintiff's unavailability the parties require additional time. Accordingly, the parties request a short extension to complete discussion of whether they may narrow or resolve the issues. If the parties are unable to come to complete discussion by the new deadline, the parties will consider the meet and confer process exhausted.

Dated: September 10, 2024

ANGELO, KILDAY & KILDUFF, LLP

*/s/ William J. Bittner*
By:_____
DERICK E. KONZ
WILLIAM J. BITTNER
Attorneys for Defendants CITY OF ANDERSON and BRAD HAWKINS

Dated:  September 10, 2024

*/s/ Bruce V. Friedman*
*(as authorized on September 10, 2024)*
By:_____
BRUCE V. FRIEDMAN
Attorneys for Plaintiffs ASHISH JOBANPUTRA, MANISH THAKKAR, CLASSIC HOSPITALITY, LLC

-2-
STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated:  September 11, 2024 | WOOD, SMITH, HENNING & BERMAN LLP |
| 2 | | |
| 3 | | */s/ Robert A. Latham III* |
| 4 | | *(as authorized on September 11, 2024)* |
| | | By:_____ |
| 5 | | Frances M. O'Meara |
| | | Robert A. Latham III |
| 6 | | Attorneys for Defendants ANDERSON |
| 7 | | FILE PROTECTION DISTRICT, erroneously designated as a Special |
| 8 | | District separate from the City of Anderson, and STEVEN ALLRED |

## ORDER

**IT IS HEREBY ORDERED** Defendants shall file a response to the Complaint on or before **September 20, 2024**.

Dated: September 16, 2024      /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND ORDER