DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and BRAD HAWKINS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH JOBANPUTRA, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY OF ANDERSON, et al.,<br><br>         Defendants. | Case No.: 2:24-cv-01428- JAM-SCR<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' RESPONSE TO COMPLAINT** |

-1-
STIPULATION AND ORDER EXTENDING DEFENDANTS' RESPONSE TO COMPLAINT

Pursuant to L.R. 144(a), Plaintiff and Defendants CITY OF ANDERSON, BRAD HAWKINS, ANDERSON FIRE PROTECTION DISTRICT, and STEVEN ALLRED (the "Defendants") hereby stipulate to the following, and respectfully request that the Court grant this request:

1. Plaintiff will file a first amended complaint by September 25, 2024; and
2. Defendants will file a response to Plaintiff's amended complaint within 14 days after service of the amended pleading, as required by Federal Rule of Civil Procure Rule 15(a)(3).

The reason for the request is that the parties have met and conferred regarding Defendants' planned motion to dismiss Plaintiff's Complaint (ECF No. 1.) (See ECF Nos. 9 and 11.) Plaintiff agreed to file an amended complaint, but requires additional time to prepare the amended complaint. This will be Plaintiff's first amended complaint.

Dated: September 19, 2024                    ANGELO, KILDAY & KILDUFF, LLP

                                                            /s/ William J. Bittner
                                             By:_____
                                                DERICK E. KONZ
                                                WILLIAM J. BITTNER
                                                Attorneys for Defendants CITY OF
                                                ANDERSON and BRAD HAWKINS

Dated:  September 19, 2024

                                                            /s/ Bruce V. Friedman
                                                       (as authorized on September 19, 2024)
                                             By:_____
                                                BRUCE V. FRIEDMAN
                                                Attorneys for Plaintiffs ASHISH
                                                JOBANPUTRA, MANISH THAKKAR,
                                                CLASSIC HOSPITALITY, LLC

| | |
|---|---|
| Dated: September 19, 2024 | WOOD, SMITH, HENNING & BERMAN LLP |
| | */s/ Robert A. Latham III*<br>*(as authorized on September 19, 2024)*<br>By:_____<br>Frances M. O'Meara<br>Robert A. Latham III<br>Attorneys for Defendants ANDERSON FILE PROTECTION DISTRICT, erroneously designated as a Special District separate from the City of Anderson, and STEVEN ALLRED |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff shall file an Amended Complaint **on or before September 25, 2024**. Defendants shall file a response to the Amended Complaint within **fourteen (14 days)** of filing of the Amended Complaint.

| | |
|---|---|
| Dated: September 23, 2024 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |